# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| JACK NUNLEY, ) | |
| ) | |
| Plaintiff, ) | No: 3:23-cv-00100 |
| ) | |
| v. ) | |
| ) | |
| David Rausch, Director of the Tennessee ) | Judge Richardson |
| Bureau of Investigation ) | Magistrate Judge Newbern |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO ADMINISTRATIVELY STAY CASE PENDING RULING OF SIXTH CIRCUIT APPEAL IN *DOE #1-9 V. LEE*, 23-5248 (6TH CIR.)

Defendant, David Rausch, Director of the Tennessee Bureau of Investigation, respectfully moves the Court to suspend all remaining deadlines and hearings, and administratively stay this case, until after the Sixth Circuit rules on the merits of a pending appeal Defendant believes will directly impact this litigation. Staying this case while the Sixth Circuit resolves an appeal involving Defendant and similar legal issues best serves judicial efficiency and does not prejudice any party. In support of this motion, Defendant has contemporaneously filed a Memorandum of Law.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/ *David Wickenheiser*
DAVID WICKENHEISER (40427)
CODY N. BRANDON (37504)
Assistant Attorneys General
Law Enforcement and Special
Prosecutions Division
Office of the Tennessee
Attorney General and Reporter
P.O. Box 20207

Nashville, Tennessee 37202-0207
Phone: (615) 532-7277
david.wickenheiser@ag.tn.gov
cody.brandon@ag.tn.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed via the Court's electronic filing system and served via U.S. certified mail on this the 15th day of August, 2023, upon:

Jack Nunley. 81182
BCCX Site 2
1045 Horsehead Rd.
Pikeville, TN 37367

s/ *David Wickenheiser*
DAVID WICKENHEISER
