# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JACK NUNLEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   No. 3:23-cv-00100 |
| DAVID B. RAUSCH, Director of the | ) |
| Tennessee Bureau of Investigation, in his | )   Judge Richardson |
| official capacity, | )   Magistrate Judge Newbern |
| | ) |
|     Defendant. | ) |

## MOTION TO STRIKE DEFENDANT'S MOTION TO CONTINUE TO ADMINISTRATIVELY STAY CASE PENDING MANDATE IN SIXTH CIRCUIT APPEAL

Pursuant to Fed. R. Civ. P. 12(f)(2), Defendant David B. Rausch, Director of the Tennessee Bureau of Investigation, moves the Court to strike his Motion to Continue to Administratively Stay Case Pending Mandate in Sixth Circuit Appeal. (D.E. 28.) Undersigned counsel inadvertently filed the motion in this case instead of the case listed in the caption. As a result, the motion is "immaterial [and] impertinent" to the case at hand, and Defendant requests the Court strike his motion. *See* Fed. R. Civ. P. 12(f)(2).

    Respectfully submitted,

    JONATHAN SKRMETTI
    Attorney General and Reporter

    /s/ *David Wickenheiser*
    DAVID WICKENHEISER (BPR 40427)
    Assistant Attorney General
    Law Enforcement and
    Special Prosecutions Division
    Office of the Attorney General

1

P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-7277
Fax: (615) 532-4892
David.Wickenheiser@ag.tn.gov
*Counsel for Defendants Lee and Rausch*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served by operation of the Court's ECF/PACER system and was served via U.S. mail on this the 14th day of June 2024, upon:

Jack Nunley
#81182
1045 Horsehead Lane
Pikeville, TN 37367
*Pro se*

*s/David Wickenheiser*
DAVID WICKENHEISER

2

Case 3:23-cv-00100   Document 29   Filed 06/14/24   Page 2 of 2 PageID #: 187