UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACK NUNLEY,<br><br>    *Pro Se Plaintiff*,<br><br>v.<br><br>DAVID B. RAUSCH, *in his official capacity as* DIRECTOR OF THE TENNESSEE BUREAU OF INVESTIGATION<br><br>    *Defendant*. | Case No. 3:23-cv-100<br>District Judge Richardson<br>Magistrate Judge Newbern |

**THE TBI DIRECTOR'S MOTION
TO DISSOLVE THE PRELIMINARY INJUNCTION**

Defendant, David Rausch, sued in his official capacity as Director of the Tennessee Bureau of Investigation, respectfully moves for an order from this Court dissolving its preliminary injunction. As argued in the accompanying brief, the Sixth Circuit's ruling in *Doe v. Lee* (*Doe II*), 102 F.4th 330 (6th Cir. 2024), has abrogated the various district court decisions upon which the injunctions were based.

Moreover, Nunley has no basis to seek continued injunctive relief on any alternative grounds. As a result of *Doe II*, the Ex Post Facto Clause claims in this case have little chance of succeeding. Nunley has also failed to (and in fact, cannot) show that he will suffer irreparable harm without an injunction against Director Rausch. Finally, the broader equities and public interest weigh heavily against preliminary relief.

The Court should grant the motion and dissolve the injunction.

Dated: October 4, 2024

Respectfully Submitted,

JONATHAN SKRMETTI
 *Tennessee Attorney General & Reporter*


*/s/ David Wickenheiser*
DAVID WICKENHEISER
 *Assistant Attorney General*
Office of the Tennessee
Attorney General & Reporter
P.O. Box 20207
Nashville, TN 37202-0207
(615) 532-7277
BPR No. 040427
David.Wickenheiser@ag.tn.gov

*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I certify that I filed the above document using the Court's CM/ECF system on October 4, 2024, and served via U.S. mail to:

Jack Nunley
#81182
1045 Horsehead Lane
Pikeville, TN 37367
*Pro Se*

                                          */s/ David Wickenheiser*
                                          DAVID WICKENHEISER